IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JULIE DOUCET,**

    **Plaintiff,**

    v.

**REVCO SOLUTIONS, INC.,** *et al.*,

    **Defendants.**

Civil Action 2:24-cv-1367
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

## ORDER

Defendant OhioHealth Corporation filed a Motion to Dismiss on May 21, 2024. (ECF No. 12.) On June 12, 2024, the Court granted Plaintiff until July 9, 2024 to respond to the Motion to Dismiss. (ECF No. 18.) To date, Plaintiff has not filed a memorandum in opposition. Accordingly, Plaintiff is **ORDERED** to **SHOW CAUSE** why the Court should permit Plaintiff to file an untimely memorandum in opposition to the Motion to Dismiss, ECF No. 12, **WITHIN FOURTEEN (14) DAYS** of the date of this Order. Plaintiff is **CAUTIONED** that failure to comply with this Order may result in the Court granting Defendant OhioHealth Corporation's Motion to Dismiss, ECF No. 12, and/or the dismissal of Plaintiff's claims against Defendant OhioHealth Corporation for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

    **IT IS SO ORDERED**.

Date: July 31, 2024

    /s/ *Elizabeth A. Preston Deavers*
    **ELIZABETH A. PRESTON DEAVERS**
    **UNITED STATES MAGISTRATE JUDGE**