# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Julie Doucet,<br><br>    Plaintiff,<br><br>v.<br><br>Revco Solutions, Inc., et al.,<br><br>    Defendants. | Case No. 2:24-cv-1367<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth Preston Deavers |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Julie Doucet, Defendant Revco Solutions, Inc., and Defendant OhioHealth Corporation, all through counsel, and pursuant to Civ.R. 41(A)(1)(b), hereby voluntarily dismiss this action, with prejudice, each party to bear their own costs.

Respectfully Submitted,

| */s/ Troy J. Doucet* | */s/ Boyd W. Gentry* *(via email authorization, 7/31/2024)* | */s/ Michael R. Traven* *(via email authorization, 7/31/2024)* |
|---|---|---|
| Troy J. Doucet (0086350) | Boyd W. Gentry (0071057) | Michael R. Traven (0081158) |
| Tyler D. Houston (0103300) | LAW OFFICE OF BOYD W. GENTRY, LLC | Robert B. Graziano (0051855) |
| DOUCET CO., L.P.A. | | FISHERBROYLES, LLC |
| 485 Metro Place South Suite 300 | 4031 Colonel Glenn Highway 1st Floor | P.O. Box 516 |
| Dublin, OH 43017 | Dayton, OH 45431 | Columbus, OH 43216 |
| PH: (614) 221-9800 | PH: (937) 839-2881 | PH: (614) 370-0614 |
| FX: (818) 638-5548 | FX: (937) 806-4089 | FX: (614) 573-7447 |
| Troy@Doucet.Law | bgentry@boydgentrylaw.com | michael.traven@fisherbroyles.com |
| Tyler@Doucet.Law | | robert.graziano@fisherbroyles.com |
| *Counsel for Plaintiff Julie Doucet* | *Counsel for Defendant Revco Solutions, Inc.* | *Counsel for Defendant OhioHealth Corporation* |

## CERTIFICATE OF SERVICE

I certify that on this 5th day of August, 2024, I caused this document to be electronically filed with the Clerk of Courts by using the ECF System, which will send a notice of electronic filing to all parties indicated on the electronic filing receipt, pursuant to Fed.Civ. R.P.5(b)(3).

Michael R. Traven
Robert B. Graziano
FisherBroyles, LLC
P.O. Box 516
Columbus, OH 43216
PH: (614) 370-0614
michael.traven@fisherbroyles.com
robert.graziano@fisherbroyles.com
*Counsel for Defendant OhioHealth Corporation*

Boyd W. Gentry
Law Office of Boyd W. Gentry, LLC
4031 Colonel Glenn Highway, 1st Floor
Dayton, OH 45431
PH: (937) 839-2881
FX: (937) 806-4089
bgentry@boydgentrylaw.com
*Counsel for Defendant Revco Solutions, Inc.*

> */s/ Troy J. Doucet*
> Troy J. Doucet (0086350), Trial Counsel