# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Julie Doucet, <br><br> Plaintiff, <br><br> v. <br><br> Revco Solutions, Inc., et al., <br><br> Defendants. | Case No. 2:24-cv-1367 <br><br> Judge Michael H. Watson <br><br> Magistrate Judge Elizabeth Preston Deavers |

**PLAINTIFF'S RESPONSE TO THIS COURT'S JULY 31, 2024, SHOW CAUSE ORDER**

Now comes Plaintiff Julie Doucet, through counsel, and hereby responds to this Court's July 31, 2024, Order to Show Cause.

The Parties have been working diligently toward a resolution of this matter while avoiding the costs of unnecessary litigation. A resolution has now been finalized, and the Parties have filed a joint stipulation of dismissal of this Action, with prejudice (ECF No. 20), contemporaneously with this response, negating the need for Plaintiff to file a response to Defendant OhioHealth's May 21, 2024, Motion to Dismiss.

Respectfully Submitted,
DOUCET CO., L.P.A.

*/s/ Troy J. Doucet*
Troy J. Doucet (0086350)
Tyler D. Houston (0103300)
485 Metro Place South, Suite 300
Dublin, OH 43017
PH: (614) 221-9800
FX: (818) 638-5548
Troy@Doucet.Law, Tyler@Doucet.Law
*Counsel for Plaintiff Julie Doucet*

## CERTIFICATE OF SERVICE

I certify that on this 5th day of August, 2024, I caused this document to be electronically filed with the Clerk of Courts by using the ECF System, which will send a notice of electronic filing to all parties indicated on the electronic filing receipt, pursuant to Fed.Civ. R.P.5(b)(3).

Michael R. Traven
Robert B. Graziano
FisherBroyles, LLC
P.O. Box 516
Columbus, OH 43216
PH: (614) 370-0614
michael.traven@fisherbroyles.com
robert.graziano@fisherbroyles.com
*Counsel for Defendant OhioHealth Corporation*

Boyd W. Gentry
Law Office of Boyd W. Gentry, LLC
4031 Colonel Glenn Highway, 1st Floor
Dayton, OH 45431
PH: (937) 839-2881
FX: (937) 806-4089
bgentry@boydgentrylaw.com
*Counsel for Defendant Revco Solutions, Inc.*

*/s/ Troy J. Doucet*
Troy J. Doucet (0086350), Trial Counsel

2